Ralph A. BYNUM, Appellant, v. UNITED STATES of America, Appellee.

No. 13078.

United States Court of Appeals
Fifth Circuit.

April 20, 1950.

No appearance entered on behalf of appellant.

Wm. T. Morton, Asst. U. S. Atty., Augusta, Ga., J. Saxton Daniel, U. S. Atty., Savannah, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower Court is Affirmed.

---

Joel Thomas PIERCE, Appellant, v. UNITED STATES of America, Appellee.

No. 12988.

United States Court of Appeals
Fifth Circuit.

April 20, 1950.

Joel Thomas Pierce, in pro. per.

Wm. T. Morton, Asst. U. S. Atty., Augusta, Ga., Green B. Everitt, Asst. U. S. Atty., Savannah, Ga., J. Saxton Daniel, U. S. Atty., Savannah, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is Affirmed.

---

David Leon O'HARA, Appellant, v. Clarence P. BURFORD, Warden, Oklahoma State Penitentiary, Appellee.

No. 4019.

United States Court of Appeals
Tenth Circuit.

April 11, 1950.

Writ of Certiorari Denied June 5, 1950.
See 70 S.Ct. 1016.

David Leon O'Hara filed a brief pro se.

Mac Q. Williamson, Attorney General of Oklahoma, and Owen J. Watts, Assistant Attorney General of Oklahoma, filed a brief on behalf of appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

The judgment is affirmed on authority of Pete Darr v. C. P. Burford, Warden, Oklahoma State Penitentiary, decided April 3, 1950, 70 S.Ct. 587.

---

James Donald STRINGER, Appellant, v. UNITED STATES of America, Appellee.

No. 13013.

United States Court of Appeals
Fifth Circuit.

April 21, 1950.

Rehearing Denied May 24, 1950.

W. G. Lagerquist, Jr., San Antonio, Tex., for appellant.

Henry W. Moursund, U. S. Atty., San Antonio, Tex., Joel W. Westbrook, Asst. U. S. Atty., San Antonio, Tex., for appellee.

Before HOLMES, WALLER, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.